■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN LE, Appellant. [890 NYS2d 887]—

Present—Centra, J.P., Peradotto, Green and Pine, JJ.